**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Ronald KELLY, Petitioner.**

Supreme Court of Pennsylvania.

May 15, 2008.

## ORDER

PER CURIAM.

AND NOW, this 15th day of May, 2008, the Petition for Allowance of Appeal is hereby GRANTED, and the Order of the Superior Court is VACATED, and the matter is REMANDED for reconsideration under *Commonwealth v. Dunlap,* —— Pa. ——, 941 A.2d 671 (2007).

■

**ESTATE OF Stephen X. STEPHANO, Deceased**

**Petition of Daniel T. Stephano**

**Estate of Constantine S. Stephano, Deceased**

**Petition of Daniel T. Stephano.**

Supreme Court of Pennsylvania.

May 16, 2008.

## ORDER

PER CURIAM.

**AND NOW,** this 16th day of May 2008, the Petition for Allowance of Appeal is **GRANTED.** The issue, rephrased and consolidated for clarity, is:

Whether provisions in a will bequeathing property to a beneficiary subject to the condition that the beneficiary pays all dividends on a portion of the property to a third party for life created a trust for the third party's benefit, or a creditor/debtor relationship.